## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 33 | E1738949 | NEWB | 1141 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/01/2023 00:20 | 36 CFR 4.23 (a)(1) |

Place of Offense: RIM ROCK DR MILE 19

Offense Description: Factual Basis for Charge      HAZMAT ☐

OPERATING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GORODI | NENA | S |

Street Address

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Hair ___ Eyes ___ Height ___ Weight ___

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ASH I71 | CO | 10 | HONDA ACCORD | | RED |

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1738949*

CVB SCAN 04/21/2023 13:0   CVB SCAN 04/21/2023 13:0   CVB SCAN 04/21/2023 13:0

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
   Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 04/21/2023 13:0

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on April 01, 2023 while exercising my duties as a law enforcement officer in the MESA District of Colorado

At approximately 00:20 hours Dispatch reported a crash that had occurred near Rim Rock Drive mile 19, within the boundaries of Colorado National Monument. Deputies from the Mesa County Sheriff's Office and an ambulance from Grand Junction Fire Department arrived before I did. I was directed to the ambulance where two female subjects were being treated for minor injuries. I identified one subject by her CO license as Neha GOKIDI. GOKIDI said she had been driving the vehicle (later identified by CO plate ASHI71) when the curve "took us by blindside." GOKIDI said, "we tried to curve it...and it just ran off." She could not tell me whether they drove off the left or right side of the road. GOKIDI said that she had consumed a Truly brand alcoholic beverage earlier in the evening. I conducted Standard Field Sobriety Tests on GOKIDI. She had 3 clues on Horizontal Gaze Nystagmous, with a decision point of 4. She had 2 clues on Walk and Turn, with a decision point of 2. She also had to be told the directions for the starting position several times, and confused her left and right feet twice while getting into position. She had 1 clue on One Leg Stand, with a decision point of 2. I arrested GOKIDI and she submitted to an Evidential Breath Alcohol Test on the Intoxilyzer 9000. After her first breath, the Intoxilyzer reported there was an interferent, indicating that GOKIDI had some other chemical intoxicant besides alcohol alone. She consented to a blood draw, which was performed at St. Mary's. The results are pending. While investigating the crash site, Officer Frank Hayde found a bottle of Andre brand peach champagne with partial contents near the vehicle. I found a plastic cork matching this brand in the vehicle. I cited GOKIDI for violation of 36 CFR 4.23(a)(1); operating under the influence of alcohol or drugs.

OFFICER - NELB, #1141
CASE # - NP23081035

The foregoing statement is based upon:

☑ my personal observation                    ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // ___04/17/2023___          _Sen with_
              Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____          _____
              Date (mm/dd/yyyy)              U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 33 | E1738950 | NELB | 1747 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 04/01/2023  0020 | 36 CFR 4.22 (b)(3) |

Place of Offense   RIM ROCK OR MIVE 19

Offense Description: Factual Basis for Charge                    HAZMAT ☐

UNSAFE OPERATION
FAILURE TO MAINTAIN CONTROL
NECESSARY

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GOKIOI | NEHA | S |

### VEHICLE     VIN:                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ASH I71 | CO | 10 | HONDA ACCORD | | RED |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1738950*

CVB SCAN 04/21/2023 13:1

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____     _____
             Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     _____
             Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 04/21/2023 13:1

CVB SCAN 04/21/2023 13:1

# STATEMENT OF PROBABLE CAUSE
## (For issuance of an arrest warrant or summons)

I state that on April 01, 2023 while exercising my duties as a law enforcement officer in the MESA District of Colorado

At approximately 00:20 hours Dispatch reported a crash that had occurred near Rim Rock Drive mile 19, within the boundaries of Colorado National Monument. Deputies from the Mesa County Sheriff's Office and an ambulance from Grand Junction Fire Department arrived before I did. I was directed to the ambulance where two female subjects were being treated for minor injuries. I identified one subject by her CO license as Neha GOKIDI. GOKIDI said she had been driving the vehicle (later identified by CO plate ASHI71) when the curve "took us by blindside." GOKIDI said, "we tried to curve it...and it just ran off." I located the vehicle at the first turn eastbound from Cold Shivers. It had run off the left side of the road. Tire marks indicated that the vehicle had been traveling straight until it crossed the center line into the westbound lane. The vehicle began to turn, but not enough to match the rightward bend in the road. The vehicle was airborne after it left the road until it impacted several trees. I cited GOKIDI with violation of 36 CFR 4.22(b)(3), unsafe operation; failure to maintain control necessary.

OFFICER - NELB, #1141
CASE # - NP23081035

The foregoing statement is based upon:

☒ my personal observation                    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: //    09/17/2023        _Sean Null_
_____          _____
Date (mm/dd/yyyy)                 Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____          _____
Date (mm/dd/yyyy)                 U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 33 | E1738958 | NELD | 1141 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/01/2023 00:20 | 36 CFR 2.1(a)(1)(ii) |

Place of Offense: RIM ROCK DR MILE 19

Offense Description: Factual Basis for Charge: DESTROYING PLANTS          HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GOKIOI | NEHA | S |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ASH I71 | CO | 10 | HONDA ACCORD | | RED |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1738958*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____        _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____        _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/21/2023 13:12

# STATEMENT OF PROBABLE CAUSE
## (For issuance of an arrest warrant or summons)

I state that on April 01, 2023 while exercising my duties as a law enforcement officer in the MESA District of Colorado

At approximately 00:20 hours Dispatch reported a crash that had occurred near Rim Rock Drive mile 19, within the boundaries of Colorado National Monument. Deputies from the Mesa County Sheriff's Office and an ambulance from Grand Junction Fire Department arrived before I did. I was directed to the ambulance where two female subjects were being treated for minor injuries. I identified one subject by her CO license as Neha GOKIDI. GOKIDI said she had been driving the vehicle (later identified by CO plate ASHI71) when the curve "took us by blindside." GOKIDI said, "we tried to curve it...and it just ran off." I located the vehicle at the first turn eastbound from Cold Shivers. It had run off the left side of the road. The vehicle was airborne after it left the road until it impacted two large juniper trees. The trees were killed; they were uprooted and had branches sheared off from impact. I cited GOKIDI with violation of 36 CFR 2.1 (a)(1)(ii); destruction of plants or parts of plants.

OFFICER - NELB, #1141
CASE # - NP23081035

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: //    04/17/2023    _Sean Nelb_
　　　　　　　Date (mm/dd/yyyy)    　　　Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

　　　　　　　Date (mm/dd/yyyy)    　　　U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 33 | E1738959 | NELB | 1141 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 04/01/2023   0020 | 36 CFR 4.14 (b) |

Place of Offense  RIM ROCK DR MILE 19

Offense Description: Factual Basis for Charge          HAZMAT ☐

OPEN CONTAINER OF ALCOHOLIC
BEVERAGE IN VEHICLE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GOK101 | NEHA | S |

### VEHICLE      VIN:                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ASH  I71 | CO | 10 | HONDA ACCORD | | REO |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____   Forfeiture Amount

+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ _____   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature

Original - CVB Copy

*E1738959*

CVB SCAN 04/21/2023 13:12

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

_____ my personal observation          _____ my personal investigation

_____ information supplied to me from my fellow officer's observation

_____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
         Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
         Date (mm/dd/yyyy)      U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 04/21/2023 13:12

CVB SCAN 04/21/2023 13:12

\

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on April 01, 2023 while exercising my duties as a law enforcement officer in the MESA District of Colorado

At approximately 00:20 hours Dispatch reported a crash that had occurred near Rim Rock Drive mile 19, within the boundaries of Colorado National Monument. Deputies from the Mesa County Sheriff's Office and an ambulance from Grand Junction Fire Department arrived before I did. I was directed to the ambulance where two female subjects were being treated for minor injuries. I identified one subject by her CO license as Neha GOKIDI. GOKIDI said she had been driving the vehicle (later identified by CO plate ASHI71) when the curve "took us by blindside." GOKIDI said, "we tried to curve it...and it just ran off." I located the vehicle at the first turn eastbound from Cold Shivers. It had run off the left side of the road. The driver's side door was open. On the driver's side floorboard was a plastic top to a bottle, with no bottle present. Officer Frank Hayde found a bottle of Andre brand peach champagne approximately 50 feet from the crash. It still had partial contents inside. The bottle was missing a top. The bottle had not been on the ground long; it was not dirty or sunk into the soil. The top that I had seen in the car matched the Andre bottle. I retrieved the top and noted that it smelled of peaches. I cited GOKIDI with violation of 36 CFR 4.14(b); open container of alcoholic beverage.

OFFICER - NELB, #1141
CASE # - NP23081035

The foregoing statement is based upon:

☒ my personal observation                    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: //  _04/17/2023_      _Sun Nell_
         Date (mm/dd/yyyy)             Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

         Date (mm/dd/yyyy)             U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.